# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Burns, Larry A. | Southern District of California | 08/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
333 West Broadway,
San Diego, CA 92101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Matthew Bender Publications (book royalties) | $3,225.85 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burns, Larry A.** | 08/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burns, Larry A.** | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2.    U.S. BANCORP (cash) (X) (Y) | | | | | | | | | |
| 3.    TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 4.    JPMORGAN CHASE BANK (cash) (X) | A | Interest | K | T | | | | | |
| 5.    CITIBANK(cash) (X) | A | Interest | M | T | | | | | |
| 6.    WELLS FARGO (cash) (X) | A | Interest | M | T | | | | | |
| 7.    ETRADE MARGIN BALANCE (cash) (X) | | None | O | T | | | | | |
| 8.    CALL INVITAE CORP OPTION<br>01/15/21-20 | | None | J | T | Buy | 09/05/19 | K | | |
| 9.    ALIBABA GROUP HOLDING LIMITED<br>(BABA) | | None | | | Sold | 01/11/19 | O | | |
| 10. | | | | | Buy | 04/18/19 | N | | |
| 11. | | | | | Sold | 11/29/19 | N | | |
| 12.    CALL ALIBABA OPTION 01/11/19 - 138 | | None | | | Sold | 01/03/19 | J | | |
| 13.    PUT ALIBABA OPTION 01/18/19 - 128 | | None | | | Sold | 01/04/19 | J | | |
| 14. | | | | | Buy | 01/07/19 | J | | |
| 15. | | | | | Expired | 01/07/19 | J | | |
| 16.    PUT ALIBABA OPTION 01/18/19 - 130 | | None | | | Sold | 01/07/19 | J | | |
| 17.    PUT ALIBABA OPTION 01/11/19 - 142 | | None | | | Sold | 01/07/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 01/08/19 | J | | |
| 19. | | | | | Expired | 01/14/19 | J | | |
| 20.  PUT ALIBABA OPTION 01/11/19 - 145 | | None | | | Sold | 01/08/19 | J | | |
| 21. | | | | | Buy | 01/09/19 | J | | |
| 22. | | | | | Expired | 01/14/19 | J | | |
| 23.  PUT ALIBABA OPTION 01/25/19 - 136 | | None | | | Sold | 01/09/19 | J | | |
| 24.  PUT ALIBABA OPTION 01/18/19 - 143 | | None | | | Sold | 01/09/19 | J | | |
| 25. | | | | | Buy | 01/15/19 | J | | |
| 26. | | | | | Expired | 01/22/19 | J | | |
| 27.  PUT ALIBABA OPTION 01/11/19 - 150 | | None | | | Sold | 01/09/19 | J | | |
| 28.  PUT ALIBABA OPTION 02/08/19 - 130 | | None | | | Sold | 01/11/19 | J | | |
| 29.  PUT ALIBABA OPTION 01/18/19 - 150 | | None | | | Sold | 01/15/19 | J | | |
| 30. | | | | | Buy | 01/16/19 | J | | |
| 31. | | | | | Expired | 01/28/19 | J | | |
| 32.  PUT ALIBABA OPTION 01/18/19 - 152.50 | | None | | | Sold | 01/16/19 | J | | |
| 33.  PUT ALIBABA OPTION 01/25/19 - 148 | | None | | | Sold | 01/16/19 | J | | |
| 34.  PUT ALIBABA OPTION 02/15/19 - 135 | | None | | | Sold | 01/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PUT ALIBABA OPTION 01/18/19 - 155 | | None | | | Sold | 01/18/19 | J | | |
| 36. PUT ALIBABA OPTION 02/01/19 - 142 | | None | | | Sold | 01/24/19 | J | | |
| 37. | | | | | Buy | 01/28/19 | J | | |
| 38. | | | | | Expired | 02/01/19 | J | | |
| 39. PUT ALIBABA OPTION 01/25/19 - 152.50 | | None | | | Sold | 01/24/19 | J | | |
| 40. PUT ALIBABA OPTION 01/25/19 - 157.50 | | None | | | Buy | 01/25/19 | J | | |
| 41. | | | | | Expired | 01/28/19 | J | | |
| 42. PUT ALIBABA OPTION 02/01/19 - 150 | | None | | | Sold | 01/28/19 | J | | |
| 43. PUT ALIBABA OPTION 02/01/19 - 157.50 | | None | | | Buy | 01/30/19 | J | | |
| 44. | | | | | Sold | 01/30/19 | J | | |
| 45. PUT ALIBABA OPTION 02/01/19 - 162.50 | | None | | | Sold | 01/30/19 | J | | |
| 46. PUT ALIBABA OPTION 02/08/19 - 150 | | None | | | Sold | 01/30/19 | J | | |
| 47. PUT ALIBABA OPTION 02/15/19 - 152.50 | | None | | | Sold | 01/31/19 | J | | |
| 48. PUT ALIBABA OPTION 02/22/19 - 152.50 | | None | | | Sold | 02/04/19 | J | | |
| 49. PUT ALIBABA OPTION 03/01/19 - 148 | | None | | | Sold | 02/04/19 | J | | |
| 50. PUT ALIBABA OPTION 02/22/19 - 147 | | None | | | Sold | 02/05/19 | J | | |
| 51. PUT ALIBABA OPTION 02/08/19 162.50 | | None | | | Sold | 02/05/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   PUT ALIBABA OPTION 02/15/19 162.50 | | None | | | Sold | 02/11/19 | J | | |
| 53.   PUT ALIBABA OPTION 02/22/19 157.50 | | None | | | Sold | 02/12/19 | J | | |
| 54.   PUT ALIBABA OPTION 03/08/19 - 148 | | None | | | Sold | 02/13/19 | J | | |
| 55.   PUT ALIBABA OPTION 03/08/19 - 155 | | None | | | Sold | 02/13/19 | J | | |
| 56.   PUT ALIBABA OPTION 03/01/19 - 157.50 | | None | | | Sold | 02/19/19 | J | | |
| 57.   PUT ALIBABA OPTION 03/15/19 - 157.50 | | None | | | Sold | 02/20/19 | J | | |
| 58. | | | | | Buy | 03/08/19 | J | | |
| 59. | | | | | Expired | 03/18/19 | J | | |
| 60.   PUT ALIBABA OPTION 03/15/19 - 162.50 | | None | | | Sold | 02/22/19 | J | | |
| 61. | | | | | Buy | 03/08/19 | J | | |
| 62. | | | | | Expired | 03/18/19 | J | | |
| 63.   PUT ALIBABA OPTION 03/08/19 - 162.50 | | None | | | Sold | 02/22/19 | J | | |
| 64.   PUT ALIBABA OPTION 03/15/19 - 175 | | None | | | Sold | 02/25/19 | J | | |
| 65.   PUT ALIBABA OPTION 03/01/19 - 175 | | None | | | Sold | 02/25/19 | J | | |
| 66.   PUT ALIBABA OPTION 03/22/19 - 170 | | None | | | Sold | 03/01/19 | J | | |
| 67. | | | | | Sold | 03/11/19 | J | | |
| 68. | | | | | Sold | 03/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. PUT ALIBABA OPTION 03/29/19 - 165 | | None | | | Sold | 03/01/19 | J | | |
| 70. | | | | | Sold | 03/11/19 | J | | |
| 71. PUT ALIBABA OPTION 03/08/19 - 180 | | None | | | Sold | 03/04/19 | J | | |
| 72. | | | | | Buy | 03/08/19 | L | | |
| 73. | | | | | Expired | 03/25/19 | L | | |
| 74. PUT ALIBABA OPTION 03/08/19 - 175 | | None | | | Buy | 03/08/19 | J | | |
| 75. | | | | | Expired | 03/18/19 | J | | |
| 76. PUT ALIBABA OPTION 04/05/19 - 170 | | None | | | Sold | 03/18/19 | J | | |
| 77. PUT ALIBABA OPTION 04/12/19 - 167.50 | | None | | | Sold | 03/26/19 | J | | |
| 78. PUT ALIBABA OPTION 04/18/19 - 165 | | None | | | Sold | 03/27/19 | J | | |
| 79. PUT ALIBABA OPTION 04/26/19 - 162.50 | | None | | | Sold | 03/29/19 | J | | |
| 80. PUT ALIBABA OPTION 04/12/19 - 177.50 | | None | | | Sold | 04/01/19 | J | | |
| 81. PUT ALIBABA OPTION 05/03/19 - 170 | | None | | | Sold | 04/05/19 | J | | |
| 82. PUT ALIBABA OPTION 05/10/19 - 162.50 | | None | | | Sold | 04/05/19 | J | | |
| 83. PUT ALIBABA OPTION 05/17/19 - 155 | | None | | | Sold | 04/09/19 | J | | |
| 84. PUT ALIBABA OPTION 04/18/19 - 177.50 | | None | | | Sold | 04/09/19 | J | | |
| 85. CALL ALIBABA OPTION 04/18/19 -170 | | None | | | Sold | 04/12/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. PUT ALIBABA OPTION 05/24/19 - 160 | | None | | | Sold | 04/17/19 | J | | |
| 87. | | | | | Buy | 05/06/19 | J | | |
| 88. | | | | | Expired | 05/24/19 | J | | |
| 89. PUT ALIBABA OPTION 04/26/19 - 177.50 | | None | | | Sold | 04/17/19 | J | | |
| 90. CALL ALIBABA OPTION 04/26/19 - 187.50 | | None | | | Sold | 04/22/19 | J | | |
| 91. PUT ALIBABA OPTION 05/03/19 - 177.50 | | None | | | Sold | 04/23/19 | J | | |
| 92. PUT ALIBABA OPTION 05/31/19 - 165 | | None | | | Sold | 04/23/19 | J | | |
| 93. | | | | | Buy | 05/09/19 | K | | |
| 94. | | | | | Expired | 05/31/19 | K | | |
| 95. PUT ALIBABA OPTION 05/10/19 - 177.50 | | None | | | Sold | 04/25/19 | J | | |
| 96. | | | | | Buy | 05/06/19 | J | | |
| 97. | | | | | Expired | 05/10/19 | J | | |
| 98. PUT ALIBABA OPTION 05/17/19 - 195 | | None | | | Sold | 04/26/19 | J | | |
| 99. PUT ALIBABA OPTION 05/17/19 - 180 | | None | | | Sold | 05/01/19 | J | | |
| 100. | | | | | Buy | 05/16/19 | K | | |
| 101. | | | | | Expired | 05/17/19 | K | | |
| 102. PUT ALIBABA OPTION 05/10/19 - 182.50 | | None | | | Sold | 05/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy | 05/09/19 | L | | |
| 104. | | | | | Expired | 05/10/19 | L | | |
| 105. PUT ALIBABA OPTION 05/17/19 - 177.50 | | None | | | Sold | 05/03/19 | J | | |
| 106. | | | | | Buy | 05/16/19 | J | | |
| 107. | | | | | Expired | 05/17/19 | J | | |
| 108. PUT ALIBABA OPTION 05/24/19 - 177.50 | | None | | | Sold | 05/03/19 | J | | |
| 109. | | | | | Buy | 05/22/19 | M | | |
| 110. | | | | | Expired | 05/24/19 | M | | |
| 111. PUT ALIBABA OPTION 05/31/19 - 172.50 | | None | | | Sold | 05/03/19 | J | | |
| 112. | | | | | Buy | 05/22/19 | L | | |
| 113. | | | | | Expired | 05/31/19 | L | | |
| 114. CALL ALIBABA OPTION 05/24/19 - 182.50 | | None | | | Sold | 05/15/19 | J | | |
| 115. | | | | | Buy | 05/16/19 | J | | |
| 116. | | | | | Expired | 05/24/19 | J | | |
| 117. CALL ALIBABA OPTION 06/07/19 - 185 | | None | | | Sold | 05/16/19 | J | | |
| 118. | | | | | Buy | 05/17/19 | J | | |
| 119. | | | | | Expired | 06/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burns, Larry A.** | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. PUT ALIBABA OPTION 06/14/19 - 162.50 | None | | | | Sold | 05/16/19 | J | | |
| 121. | | | | | Buy | 05/24/19 | L | | |
| 122. | | | | | Expired | 06/14/19 | L | | |
| 123. CALL ALIBABA OPTION 06/07/19 - 180 | None | | | | Sold | 05/17/19 | J | | |
| 124. | | | | | Buy | 05/20/19 | J | | |
| 125. | | | | | Expired | 06/07/19 | J | | |
| 126. PUT ALIBABA OPTION 06/28/19 - 172.50 | None | | | | Sold | 05/22/19 | L | | |
| 127. | | | | | Buy | 05/28/19 | M | | |
| 128. | | | | | Expired | 06/28/19 | M | | |
| 129. PUT ALIBABA OPTION 06/28/19 - 177.50 | None | | | | Sold | 05/22/19 | M | | |
| 130. | | | | | Buy | 05/28/19 | M | | |
| 131. | | | | | Expired | 06/28/19 | M | | |
| 132. CALL ALIBABA OPTION 05/31/19 - 165 | None | | | | Sold | 05/22/19 | J | | |
| 133. PUT ALIBABA OPTION 07/05/19 - 162.50 | None | | | | Sold | 05/24/19 | L | | |
| 134. | | | | | Buy | 05/28/19 | L | | |
| 135. | | | | | Expired | 07/05/19 | L | | |
| 136. PUT ALIBABA OPTION 08/16/19 - 160 | None | | | | Sold | 05/28/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy | 05/29/19 | L | | |
| 138. | | | | | Expired | 08/16/19 | L | | |
| 139.  PUT ALIBABA OPTION 10/18/19 - 170 | None | | | | Sold | 05/28/19 | M | | |
| 140. | | | | | Buy | 06/11/19 | M | | |
| 141. | | | | | Expired | 10/18/19 | M | | |
| 142.  PUT ALIBABA OPTION 10/18/19 - 175 | None | | | | Sold | 05/28/19 | M | | |
| 143. | | | | | Buy | 06/11/19 | M | | |
| 144. | | | | | Expired | 10/18/19 | M | | |
| 145.  CALL ALIBABA OPTION 06/14/19 - 162.50 | None | | | | Sold | 05/28/19 | J | | |
| 146. | | | | | Buy | 05/29/19 | J | | |
| 147. | | | | | Expired | 06/14/19 | J | | |
| 148.  PUT ALIBABA OPTION 10/18/19 - 160 | None | | | | Sold | 05/29/19 | M | | |
| 149. | | | | | Buy | 06/11/19 | L | | |
| 150. | | | | | Expired | 10/18/19 | L | | |
| 151.  CALL ALIBABA OPTION 05/31/19 - 150 | None | | | | Sold | 05/29/19 | J | | |
| 152.  CALL ALIBABA OPTION 06/07/19 - 150 | None | | | | Sold | 06/03/19 | J | | |
| 153. | | | | | Buy | 06/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Expired | 06/07/19 | J | | |
| 155. CALL ALIBABA OPTION 07/05/19 - 155 | | None | | | Sold | 06/04/19 | J | | |
| 156. | | | | | Buy | 06/11/19 | K | | |
| 157. | | | | | Expired | 07/05/19 | K | | |
| 158. CALL ALIBABA OPTION 08/16/19 - 160 | | None | | | Sold | 06/10/19 | K | | |
| 159. | | | | | Buy | 07/16/19 | K | | |
| 160. | | | | | Expired | 08/16/19 | K | | |
| 161. PUT ALIBABA OPTION 01/17/20 - 155 | | None | | | Sold | 06/11/19 | L | | |
| 162. PUT ALIBABA OPTION 01/17/20 - 165 | | None | | | Sold | 06/11/19 | M | | |
| 163. | | | | | Buy | 09/13/19 | K | | |
| 164. | | | | | Expired | 09/16/19 | K | | |
| 165. PUT ALIBABA OPTION 01/17/20 - 170 | | None | | | Sold | 06/11/19 | M | | |
| 166. | | | | | Buy | 09/13/19 | L | | |
| 167. | | | | | Expired | 09/16/19 | L | | |
| 168. PUT ALIBABA OPTION 08/16/19 - 145 | | None | | | Sold | 06/24/19 | J | | |
| 169. PUT ALIBABA OPTION 07/19/19 - 165 | | None | | | Sold | 07/01/19 | J | | |
| 170. CALL FACEBOOK 07/19/19 - 197.50 | | None | | | Buy | 07/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 07/19/19 | K | | |
| 172. PUT ALIBABA OPTION 08/16/19 - 160 | | None | | | Sold | 07/09/19 | J | | |
| 173. CALL FACEBOOK 07/26/19 - 215 | | None | | | Buy | 07/15/19 | J | | |
| 174. | | | | | Sold | 07/25/19 | J | | |
| 175. CALL ALIBABA OPTION 09/20/19 - 160 | | None | | | Sold | 07/16/19 | K | | |
| 176. | | | | | Buy | 08/07/19 | J | | |
| 177. | | | | | Expired | 09/20/19 | J | | |
| 178. PUT ALIBABA OPTION 09/06/19 - 157.50 | | None | | | Sold | 07/26/19 | J | | |
| 179. PUT ALIBABA OPTION 08/30/19 - 157.50 | | None | | | Sold | 07/26/19 | J | | |
| 180. CALL ALIBABA OPTION 10/18/19 - 165 | | None | | | Sold | 08/07/19 | J | | |
| 181. | | | | | Buy | 10/01/19 | J | | |
| 182. | | | | | Expired | 10/18/19 | J | | |
| 183. CALL FACEBOOK 10/19/19 - 200 | | None | | | Buy | 08/08/19 | J | | |
| 184. | | | | | Sold | 10/17/19 | J | | |
| 185. PUT ALIBABA OPTION 09/13/19 - 162.50 | | None | | | Sold | 08/19/19 | J | | |
| 186. PUT ALIBABA OPTION 09/20/19 - 162.50 | | None | | | Sold | 08/19/19 | J | | |
| 187. PUT ALIBABA OPTION 09/27/19 - 162.50 | | None | | | Sold | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  PUT ALIBABA OPTION 03/20/20 - 155 | | None | | | Sold | 09/13/19 | K | | |
| 189. | | | | | Buy | 09/25/19 | K | | |
| 190. | | | | | Expired | 10/25/19 | K | | |
| 191.  PUT ALIBABA OPTION 03/20/20 - 160 | | None | | | Sold | 09/13/19 | K | | |
| 192. | | | | | Buy | 09/25/19 | K | | |
| 193. | | | | | Expired | 10/14/19 | K | | |
| 194.  PUT ALIBABA OPTION 03/20/20 - 165 | | None | | | Sold | 09/13/19 | L | | |
| 195. | | | | | Buy | 09/25/19 | L | | |
| 196. | | | | | Expired | 10/14/19 | L | | |
| 197.  PUT ALIBABA OPTION 09/27/19 - 170 | | None | | | Sold | 09/19/19 | J | | |
| 198. | | | | | Buy | 09/25/19 | K | | |
| 199. | | | | | Expired | 09/27/19 | K | | |
| 200.  PUT ALIBABA OPTION 01/15/21 - 140 | | None | | | Sold | 09/25/19 | L | | |
| 201. | | | | | Buy | 10/10/19 | L | | |
| 202. | | | | | Expired | 10/14/19 | L | | |
| 203.  PUT ALIBABA OPTION 01/15/21 - 145 | | None | | | Sold | 09/25/19 | L | | |
| 204. | | | | | Buy | 10/10/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Expired | 10/14/19 | L | | |
| 206. PUT ALIBABA OPTION 01/15/21- 150 | | None | | | Sold | 09/25/19 | L | | |
| 207. | | | | | Buy | 10/09/19 | L | | |
| 208. | | | | | Expired | 10/14/19 | L | | |
| 209. CALL ALIBABA OPTION 11/08/19 - 170 | | None | | | Sold | 10/01/19 | J | | |
| 210. | | | | | Buy | 10/28/19 | K | | |
| 211. | | | | | Expired | 11/08/19 | K | | |
| 212. PUT ALIBABA OPTION 10/11/19 - 157.50 | | None | | | Sold | 10/03/19 | J | | |
| 213. PUT ALIBABA OPTION 01/21/22 - 140 | | None | | | Sold | 10/09/19 | M | | |
| 214. | | | | | Buy | 12/23/19 | L | | |
| 215. | | | | | Expired | 12/23/19 | L | | |
| 216. PUT ALIBABA OPTION 01/21/22 - 130 | | None | | | Sold | 10/10/19 | L | | |
| 217. | | | | | Buy | 12/24/19 | K | | |
| 218. | | | | | Expired | 12/30/19 | K | | |
| 219. PUT ALIBABA OPTION 01/21/22 - 135 | | None | | | Sold | 10/10/19 | L | | |
| 220. | | | | | Buy | 12/24/19 | K | | |
| 221. | | | | | Expired | 12/30/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PUT ALIBABA OPTION 11/08/19 - 160 | | None | | | Sold | 10/17/19 | J | | |
| 223. | | | | | Buy | 10/25/19 | J | | |
| 224. | | | | | Expired | 11/08/19 | J | | |
| 225. PUT ALIBABA OPTION 11/22/19 - 160 | | None | | | Sold | 10/25/19 | J | | |
| 226. CALL ALIBABA OPTION 11/29/19 - 170 | | None | | | Sold | 10/28/19 | K | | |
| 227. PUT ALIBABA OPTION 12/06/19 - 162.50 | | None | | | Sold | 11/01/19 | J | | |
| 228. | | | | | Buy | 11/07/19 | J | | |
| 229. | | | | | Expired | 12/06/19 | J | | |
| 230. PUT ALIBABA OPTION 11/15/19 - 170 | | None | | | Sold | 11/05/19 | J | | |
| 231. PUT ALIBABA OPTION 12/06/19 - 170 | | None | | | Sold | 11/07/19 | J | | |
| 232. PUT ALIBABA OPTION 11/29/19 - 170 | | None | | | Sold | 11/07/19 | J | | |
| 233. PUT ALIBABA OPTION 12/13/19 - 170 | | None | | | Sold | 11/22/19 | J | | |
| 234. PUT ALIBABA OPTION 12/20/19 - 170 | | None | | | Sold | 11/25/19 | J | | |
| 235. PUT ALIBABA OPTION 12/27/19 - 170 | | None | | | Sold | 11/25/19 | J | | |
| 236. PUT ALIBABA OPTION 12/20/19 - 182.50 | | None | | | Sold | 11/27/19 | J | | |
| 237. PUT ALIBABA OPTION 12/13/19 - 182.50 | | None | | | Sold | 11/27/19 | J | | |
| 238. PUT ALIBABA OPTION 12/27/19 - 182.50 | | None | | | Sold | 11/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PUT ALIBABA OPTION 12/13/19 - 187.50 | | None | | | Sold | 12/05/19 | J | | |
| 240. PUT ALIBABA OPTION 01/03/20 - 180 | | None | | | Sold | 12/06/19 | J | | |
| 241. PUT ALIBABA OPTION 12/27/19 - 180 | | None | | | Sold | 12/12/19 | J | | |
| 242. PUT ALIBABA OPTION 12/27/19 - 197.50 | | None | | | Sold | 12/16/19 | J | | |
| 243. PUT ALIBABA OPTION 12/27/19 - 200 | | None | | | Sold | 12/16/19 | J | | |
| 244. PUT ALIBABA OPTION 01/03/20 - 197.50 | | None | | | Sold | 12/18/19 | J | | |
| 245. PUT ALIBABA OPTION 01/10/20 - 195 | | None | | | Sold | 12/19/19 | J | | |
| 246. PUT ALIBABA OPTION 01/21/22 - 175 | | None | | | Sold | 12/23/19 | M | | |
| 247. PUT ALIBABA OPTION 01/21/22 - 150 | | None | | | Sold | 12/24/19 | M | | |
| 248. PUT ALIBABA OPTION 01/10/20 - 205 | | None | | | Sold | 12/26/19 | J | | |
| 249. PUT ALIBABA OPTION 01/17/20 - 205 | | None | | | Sold | 12/26/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Burns, Larry A.** | 08/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual puts and calls can be used to either open or close contracts. They do not generate income. Options devalue based upon market conditions and expiration dates, therefore they routinely do not have value at the end of a reporting period; this occurs without any type of reportable transaction. Those options which have value at the end of the reporting period are reflected accordingly in Column C. Purchases and sales of any optioned holdings are reported separately from these contracts.

| Name of Person Reporting | Date of Report |
|---|---|
| Burns, Larry A. | 08/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Larry A. Burns**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544